James A. BRITTINGHAM, Jr.,
Petitioner–Appellant,

v.

Jon P. GALLEY, W.C.I., Warden; Attorney General for the State of Maryland, et al, Respondents–Appellees.

No. 01–7278.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 30, 2001.

James A. Brittingham, Jr., pro se. John Joseph Curran, Jr., Attorney General, Mary Ann Rapp Ince, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

James A. Brittingham, Jr. appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Brittingham v. Galley,* No. CA–01–1326–S (D. Md. filed July 19, 2001; entered July 20, 2001). We dispense with oral argument because the facts and le-

gal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*